UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA, <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED CREDIT SERVICE INC., etc., <br><br> Defendants. | CASE NO. C11-0211-MAT <br><br> ORDER DENYING MOTION TO STRIKE AFFIRMATIVE DEFENSES |

Plaintiff filed a Motion to Strike Affirmative Defenses (Dkt. 11) pursuant to Federal Rule of Civil Procedure 12(f), which allows the Court to "strike from a pleading an insufficient defense or any redundant, immaterial, or scandalous matter." Fed. R. Civ. P. 12(f). He requests an order striking all of defendants' affirmative defenses for failure to plead any or sufficient facts in support, and without leave to amend on the grounds of legal insufficiency and futility. However, in addition to objecting to plaintiff's motion to strike (Dkt. 13), defendants submitted an amended answer and affirmative defenses containing sufficient facts in support of the affirmative defenses raised (Dkt. 12). Defendants did not require leave of court to file the

ORDER DENYING MOTION TO
STRIKE AFFIRMATIVE DEFENSES
PAGE -1

amended pleading given that they filed it within twenty-one days after service of their original pleading. Fed. R. Civ. P. 15(a). Considering the affirmative defenses as raised in the amended pleading, the Court finds no basis for plaintiff's motion to strike. Plaintiff's Motion to Strike Affirmative Defenses (Dkt. 11) is, accordingly, DENIED.

DATED this 24th day of August, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge