J. GREGORY LOCKWOOD
Law Office of J. Gregory Lockwood, P.L.L.C.
522 W. Riverside, Ste. 420
Spokane WA 99201
(509) 624-8200

Attorney for Defendants

Judge Mary Alice Theiler
Hearing: 10/28/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA, a single man,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>ASSOCIATED CREDIT SERVICE, INCORPORATED, a Washington corporation; LINDA DOE and JOHN DOE, husband and wife and the marital community thereof, jointly and severally,<br><br>　　　　　　　　Defendants. | NO. C11-0211<br><br>**DECLARATION OF J. GREGORY LOCKWOOD** |

I, J. Gregory Lockwood, hereby declare as follows:

1. I am over the age of eighteen years, and am competent to testify. I am the attorney for Defendants. I make the following statements based upon my personal knowledge.

2. To date Associated Credit Service has incurred $2,155.58 defending this matter, $2,008.50 in attorney's fees and $147.08 in costs. Attached hereto as

1  **Exhibit A** is a true and correct copy of billing statement containing the attorneys fees
2  and costs incurred in this matter to date.

   I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

   Dated at Spokane this 5th day of October, 2011.

   _____
   J. Gregory Lockwood

DECLARATION OF J. GREGORY LOCKWOOD        - 2 -
Case No. C11-0211

## CERTIFICATE OF SERVICE

I, J. GREGORY LOCKWOOD, hereby certify that on October 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Joseph Andrew Hylkema

and I hereby certify that I have mailed by United State Postal Service the document to the following non-CM/ECF participants:

    none

/s/ J. Gregory Lockwood
J. GREGORY LOCKWOOD
WSBA 20629
Law Office of J. Gregory Lockwood
522 West Riverside, Suite 420
Spokane, WA 99201
Phone:   (509) 624-8200
Fax:   (509) 623-1491
Email:   jgregorylockwood@hotmail.com
Attorney for Defendants

# Exhibit A

Law Office of J. Gregory Lockwood, PLLC
522 W. Riverside Ave., Suite 420
Spokane, WA 99201

509-624-8200

# Statement

| Date |
|---|
| 10/31/2011 |

Eric Solberg
Associated Credit Service
12815 E. Sprague Ave., Ste 200
Spokane Valley WA  99216

| | Amount Due |
|---|---|
| | $2,155.58 |

| Date | Services | Quantity | Rate | Amount | Balance |
|---|---|---|---|---|---|
| 05/31/2011 | Balance forward | | | | 0.00 |
| | Hylkama adv ACS 11-0088- | | | | |
| 06/01/2011 | Phone conference with Crystal; prep work on Answer | 0.5 | 195.00 | 97.50 | 97.50 |
| 06/20/2011 | Draft Notice of Appearance and Answer | 0.7 | 195.00 | 136.50 | 234.00 |
| 06/21/2011 | Finalize Answer and file in Federal Court | 0.9 | 195.00 | 175.50 | 409.50 |
| 06/24/2011 | Review motion to strike affirmative defenses | 0.3 | 195.00 | 58.50 | 468.00 |
| 06/27/2011 | Prepare objection to motion to strike affirmative defenses | 0.4 | 195.00 | 78.00 | 546.00 |
| 06/29/2011 | Draft Amended Answer | 0.5 | 195.00 | 97.50 | 643.50 |
| 06/30/2011 | June 2011 copies (142 x .10; 1 x 4.00 color) | 1 | 18.20 | 18.20 | 661.70 |
| 07/01/2011 | Finalize and file objection to motion to dismiss and declaration of Eric Solberg | 1.4 | 195.00 | 273.00 | 934.70 |
| 07/05/2011 | Review Initial Disclosures and prepare disclosures | 0.9 | 195.00 | 175.50 | 1,110.20 |
| 07/08/2011 | Phone conference with Hylkema regarding Joint Status Report | 0.3 | 195.00 | 58.50 | 1,168.70 |
| 07/18/2011 | Postage | 1 | 4.48 | 4.48 | 1,173.18 |
| 07/31/2011 | July 2011 copies (160 x .10; 4 x 1.00 color) | 1 | 20.00 | 20.00 | 1,193.18 |
| 08/18/2011 | Request discovery and summary judgment memo preparation | 0.6 | 195.00 | 117.00 | 1,310.18 |
| 08/30/2011 | Call with David Solberg regarding settlement proposal; email to plaintiff | 0.4 | 195.00 | 78.00 | 1,388.18 |
| 08/31/2011 | August 2011 copies (24 x .10) | 1 | 2.40 | 2.40 | 1,390.58 |
| 09/07/2011 | Prep work on Summary Judgment | 1.2 | 195.00 | 234.00 | 1,624.58 |
| 09/12/2011 | Prepare Motion for Summary Judgment | 2.2 | 195.00 | 429.00 | 2,053.58 |
| 09/13/2011 | Snover Realtime Reporting, transcribe recorded phone conversation | 1 | 102.00 | 102.00 | 2,155.58 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 765.00 | 0.00 | 0.00 | 728.88 | 661.70 | $2,155.58 |